FILED

DEC 23 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAKAH INDIAN TRIBE, et al., Plaintiff/Appellants, v. QUILEUTE INDIAN TRIBE, et al., Respondents - Appellees, HOH INDIAN TRIBE; et al., Real Parties in Interest. | Nos. 15-35824<br>15-35827<br><br>D.C. No. 2:09-sp-00001-RSM<br>Western District of Washington, Seattle<br><br>ORDER |

Court Reporter Barry Fanning's motion for an extension of time to file the transcript is granted. The transcript is now due April 1, 2016. This order waives the mandatory fee reduction provided that the transcript is filed within the noted interval.

The opening brief(s) shall be due May 11, 2016. The answering brief(s) shall be due June 10, 2016. The optional reply brief(s) shall be due within 14 days after service of the last filed brief. The parties are reminded of the court's preference for joint briefing. 9th Cir. R. 28-4.

This order shall be provided to the reporter at the district court.

FOR THE COURT:

MOLLY C. DWYER, CLERK

Cole Benson
Supervising Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10

Case 2:09-cv-00001-RSM Document 404 Filed 12/23/15 Page 2 of 2